RUSSELL, MIRKOVICH & MORROW
Joseph N. Mirkovich, SBN.: 45644
e-mail:   JMirkovich@rumlaw.com
Margaret E. Morrow, SBN.:   145306
e-mail:   MMorrow@rumlaw.com
Anne M. Grignon, SBN.:   230355
e-mail:   AGrignon@rumlaw.com
One World Trade Center, Suite 1280
Long Beach, California   90831-1280
(562) 436-9911 / fax (562) 436-1897

**MADE JS-6**

Attorneys for Plaintiff
FLAME S.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| FLAME S.A., <br><br> Plaintiff, <br><br> vs. <br><br> PASHA FINANCE, INC. <br><br> Defendant. | CASE NO.: **CV10-5245 GW(MANx)** <br><br> **IN ADMIRALTY** <br><br> **District Judge:** George H. Wu <br> **Courtroom:** 10 <br> **Magistrate:** Margaret A. Nagle <br> **Action Filed:** July 16, 2010 <br> **Trial Date:** none set <br><br> **ORDER ON STIPULATION OF DISMISSAL** |

**WHEREAS**, on July 16, 2010, Plaintiff FLAME S.A., filed a Verified Complaint herein for damages amounting to $6,036,000.00, inclusive of interest, costs and reasonable attorney's fees;

**WHEREAS**, Defendant Pasha Finance, Inc. has not filed a responsive pleading in this action; and

**WHEREAS**, the Court has reviewed the Stipulation of Dismissal signed by counsel for the parties;

It is hereby **ORDERED**, pursuant to Federal Rule of Civil Procedure

41(a)(1), that this action is dismissed with prejudice and with each party to bear their own costs, and

It is further **ORDERED** that all claims, causes of action and counterclaims between the parties, whether asserted or not, are dismissed and/or waived in their entirety, with prejudice, and without costs to any party.

Dated:   August 9, 2010

_____
GEORGE H. WU
U.S. DISTRICT JUDGE

Approved as to form and content.

KEESAL, YOUNG & LOGAN

By: _____
       William H. Collier, Esq.
       Attorneys for Defendant
       PASHA FINANCE, INC.